GARTH A. SCHLEMLEIN
MICHAEL P. SCRUGGS
SCHLEMLEIN FICK & SCRUGGS, PLLC
66 S. Hanford St., Suite 300
Seattle WA 98134
Tel: (206) 448-8100
Fax (206) 448-8514
gas@soslaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF ALASKA

| | |
|---|---|
| MILLER CONSTRUCTION EQUIPMENT SALES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARK EQUIPMENT COMPANY d/b/a/ DOOSAN INFRACORE CONSTRUCTION EQUIPMENT AMERICA, a Delaware corporation,<br><br>Defendant and Counterclaim Plaintiff, | NO. C15-cv-00007-HRH |

**STIPULATION OF DISMISSAL WITH PREJUDICE
UNDER FRCP 41(a)(1)(ii)**

The parties above named, through their attorneys of record, hereby stipulate, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), the above-entitled case be dismissed in its entirety as follows:

1. The case is dismissed with prejudice;

2. The parties dismisses any and claims, counterclaims or causes of action asserted in this lawsuit; and

3. Each party agrees to pay its own attorney fees and costs.

Stipulation of Dismissal - 1
Miller Construction Equipment Sales, Inc. v.
Clark Equipment Company D/B/A Doosan Infracore Construction Equipment America,
Case No. 1:15-cv-00007-HRH

Case 1:15-cv-00007-HRH   Document 213   Filed 12/08/17   Page 1 of 3

DATED this 8th day of December 2017.

        SCHLEMLEIN FICK & SCRUGGS, PLLC

By */s/Garth A. Schlemlein*
  Garth A. Schlemlein, AK Bar# 08602011
  Michael P. Scruggs, Admitted Pro Hac Vice
  SCHLEMLEIN FICK & SCRUGGS, PLLC
  66 S. Hanford, Suite 300
  Seattle, Washington, 98134
  P: 206-448-8100  F: 206-448-8514
  E: gas@soslaw.com  E: mps@soslaw.com
  Attorneys for Plaintiff

FOLEY & LARDNER LLP

By */s/ Michael J. Lockerby*
  Michael J. Lockerby
  (admitted *pro hac vice*)
  Washington Harbour
  3000 K Street, N.W., Suite 600
  Washington, D.C. 20007-5109
  Phone: (202) 945-6079
  Fax: (202) 672-5399
  E:mlockerby@foley.com
  Roberta F. Howell (admitted *pro hac vice*)
  Connor A. Sabatino (admitted *pro hac vice*)
  FOLEY & LARDNER LLP
  Verex Plaza, 150 East Gilman Street
  Madison, Wisconsin 53703-1481
  Phone: (608) 258-4273
  Fax: (608) 258-4258
  E:rhowell@foley.com

  Robert P. Blasco, AK Bar #7710098
  Megan J. Costello, AK Bar #1212141
  HOFFMAN & BLASCO, LLC
  9360 Glacier Highway, Suite 202
  Juneau, Alaska 99801
  Phone: (907) 586-3340
  Fax: (907) 586-6818
  E:rpblasco@hoffmanblasco.com
  E:mjcostello@hoffmanblasco.com

Stipulation of Dismissal - 2
Miller Construction Equipment Sales, Inc. v.
Clark Equipment Company D/B/A Doosan Infracore Construction Equipment America,
Case No. 1:15-cv-00007-HRH

Case 1:15-cv-00007-HRH  Document 213  Filed 12/08/17  Page 2 of 3

# DECLARATION OF SERVICE

I hereby certify that on December 8, 2017, I sent the foregoing document to the following via email and first class mail:

Robert Blasco
Megan J. Costello
Hoffman & Blasco, LLC
9360 Glacier Highway
Suite 202
Juneau, Alaska 99801
rpblasco@hoffmanblasco.com
mjcostello@hoffmanblasco.com
Attorneys for Clark Equipment Company d/b/a Doosan Infracore Construction Equipment America

Michael J. Lockerby
Roberta F. Howell
Connor A. Sabatino
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
mlockerby@foley.com
rhowell@foley.com
csabatino@foley.com
Attorneys for Clark Equipment Company d/b/a Doosan Infracore Construction Equipment America

By: */s/ Laurel Barton*
　　　Laurel Barton, Legal Assistant

Stipulation of Dismissal - 3
Miller Construction Equipment Sales, Inc. v.
Clark Equipment Company D/B/A Doosan Infracore Construction Equipment America,
Case No. 1:15-cv-00007-HRH